IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50147
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROSALBA DOMINGUEZ-HERNANDEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-99-CR-165-ALL-FB
- - - - - - - - - -
November 27, 2000

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Rosalba Dominguez-Hernandez, who was convicted of possession with intent to distribute marijuana, appeals the district court's denial of her motion to suppress her confession. She argues that the language and tactics used by Border Patrol Agent Nick Harrison amounted to coercion, which rendered her confession involuntary.

We have reviewed the record and under the totality of circumstances, we hold that the district court did not err in holding the confession to be voluntary. United States v. Mullin,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

178 F.3d 334, 341 (5th Cir.), <u>cert. denied</u>, 120 S. Ct. 454 (1999).  Accordingly, the judgment of the district court is AFFIRMED.